**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TOCCARA PULLER,**

     Plaintiff,

**v.**
                                                Civil Action No. **3:26CV152**

**DEPUTY CHILET,** *et al.,*

     Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on April 22, 2026, the Court conditionally docketed Plaintiff's civil action. At that time, the Court directed the plaintiff to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that she is entitled to relief;
    (C)    Avers that she is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets she possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed the plaintiff to affirm her intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned her that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Puller failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. Instead, she filed a Motion to Submit a Particularized Complaint and New Evidence. (ECF No. 7.) By Memorandum Order entered on May 20, 2026, the Court denied that request. (ECF No. 10. at 1.) However, because it appeared that Puller was no longer incarcerated, the Court directed the Clerk to mail her a non-prisoner *in forma pauperis* affidavit and instructed her to complete and return the form within thirty (30) days of the date of entry thereof. (*Id.*)

Puller has not complied with the orders of this Court. She failed to return a completed *in forma pauperis* affidavit form. As a result, she does not qualify for *in forma pauperis* status. Furthermore, she has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/

John A. Gibney, Jr.
Senior United States District Judge

Date: 9 July 2026
Richmond, Virginia